■ In the Matter of NICHOLAS B., a Child Alleged to be Abused. NORMA B., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [778 NYS2d 495]—

Order of disposition, Family Court, New York County (Jody Adams, J.), entered on or about November 13, 2001, which, upon a finding of abuse, released the subject child to the care and custody of the mother with supervision by the Administration for Children's Services for a period of 12 months, unanimously affirmed, without costs.

According the Family Court's findings, particularly those as to witness credibility, the deference they are due (*Matter of Irene O.*, 38 NY2d 776 [1975]), we see no reason to disturb the court's finding that respondent was with the child at the time the child sustained his injury and failed to offer a reasonable explanation for said injury, and that the injury could not have reasonably occurred accidentally (*Matter of Philip M.*, 82 NY2d 238 [1993]). Concur—Mazzarelli, J.P., Andrias, Sullivan, Lerner and Gonzalez, JJ.